UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOHN H. CLAINE and | ) | |
| KIMBERLY L. CLAINE, | ) | |
| | ) | CASE NO: 23-30472-EDK |
| | ) | |
| Debtors. | ) | |

## MOTION TO WITHDRAW DOCUMENT

NOW COME the Debtors, JOHN H. CLAINE and KIMBERLY L. CLAINE, by and through counsel, Eric D. Kornblum, and hereby withdraw the Response [45], filed with the Court on April 1, 2024.

As reason therefore, Counsel states that Debtors will file an Amended Plan to address the Trustee's Objection.

WHEREFORE, Debtors respectfully request this Court allow Debtors to withdraw the Response, and such further other for relief the Court deems just.

                                                        Respectfully submitted
                                                        THE DEBTORS
                                                        JOHN H. CLAINE
                                                        KIMBERLY L. CLAINE

Dated: August 5, 2024                      /s/ Eric D. Kornblum
                                                        Eric D Kornblum, Esq.
                                                        94 North Elm Street, Suite 402
                                                        Westfield, MA 01085
                                                         Tel. 413-568-3900
                                                        Fax: 413-568-3955
                                                        BBO# 561614
                                                        e-mail: edkclientsbk@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                      )
                                            )           CHAPTER 13
    JOHN H. CLAINE and               )
    KIMBERLY L. CLAINE,              )
                                            )           CASE NO:  23-30472-EDK
                                            )
                           Debtors.        )

CERTIFICATE OF SERVICE

I, Eric D. Kornblum, Esq., state that on August 5, 2024, I electronically filed the foregoing Motion to Withdraw Document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. It is my understanding that notice of this filing will be provided by the CM/ECF System to the following CM/ECF participants:

    Office of the US Trustee

    David A. Mawhinney, Esq., Chapter 13 Trustee

    Joanne Psilos, Esq., Counsel to Chapter 13 Trustee

I certify that on August 5, 2024, I have mailed by first class mail, postage prepaid the documents electronically filed with the court, on the following non CM/ECF participants:

John H. Claine
Kimberly L. Claine
409 Chapman Street
Greenfield, MA 01301

                                            /s/ Eric D. Kornblum
                                            Eric D. Kornblum, Esq.