UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re  )
)
JOHN CLAINE AND )
KIMBERLY CLAINE, ) Chapter 13
) Case No. 23-30472-EDK
Debtors. )
)

## CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN

NOW COMES David A. Mawhinney, the Standing Chapter 13 Trustee (the "Trustee"), and hereby objects to the Debtors' Amended Chapter 13 Plan (the "Plan"). In support hereof, the Trustee submits the following:

1. On or about November 13, 2023, the Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Act").

2. On December 14, 2023, the Trustee convened and presided at a § 341 meeting of creditors (the "Meeting"). The Debtors appeared at that time and gave testimony under oath concerning their Schedules and Statement of Financial Affairs.

3. On or about February 20, 2024, the Debtors filed the Plan.

4. Pursuant to Schedules "I" and "J", the Debtors' excess income is $1,975.93 per month. The Debtors are below the applicable median income.

5. The Plan provides for payments of $2,136.00 for 60 months, of which 58 months remain.[1] The unsecured creditors, which total $83,075.19, will be paid from a "pot" totaling

---

[1] The Plan fails to provide for the secured claim of U.S. Shed, LLC. The lease arrears are $1,275.74.

08/06/24  THE HEARING OF 08/07/24 IS CANCELED.  SEE ALSO ENDORSEMENT ORDER OF EVEN DATE.