UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOHN H. CLAINE and | ) | |
| KIMBERLY L. CLAINE, | ) | |
| | ) | CASE NO:  23-30472-EDK |
| Debtors. | ) | |

RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Now come the Debtors, by and through counsel, Eric D. Kornblum, and respond to

the allegations contained in the Chapter 13 Trustee's Motion to Dismiss as follows:

1. Admit.

2. Admit, but state that Debtor became unemployed during the case. Debtor has

    new employment.

Further Answering, Debtors state that they will be filing an Amended Chapter 13 Plan due

to an Objection to Confirmation. Debtors submit that the new Amended Plan will cure the

current plan arrears.

WHEREFORE, Debtors request that this Honorable Court deny the Motion to Dismiss,

and such other and further relief as the Court deems just and proper.

Respectfully submitted,
JOHN H. CLAINE
KIMBERLY L. CLAINE
THE DEBTORS

Dated: August 19, 2024

/s/Eric D Kornblum
Eric D Kornblum, Esq., BBO# 561614
94 North Elm Street, Suite 402
Westfield, MA 01085
413-568-3900;Fax: 413-568-3955
e-mail: edkclientsbk@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                    )
                                          )          CHAPTER 13
        JOHN H. CLAINE and                )
        KIMBERLY L. CLAINE,               )
                                          )          CASE NO:  23-30472-EDK
                            Debtors.      )

CERTIFICATE OF SERVICE

I, Eric D. Kornblum, Esq., state that on August 19, 2024, I electronically filed the

foregoing Response to Chapter 13 Trustee's Motion to Dismiss with the United States

Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  It is my

understanding that notice of this filing will be provided by the CM/ECF System to the

following CM/ECF participants:

        Office of the U.S. Trustee

        David A. Mawhinney, Esq., Chapter 13 Trustee

        Joanne Psilos, Esq., Counsel to Chapter 13 Trustee

I certify that on August 19, 2024, I have mailed by first class mail, postage prepaid,

the documents electronically filed with the Court on the following non CM/ECF

participant(s).

John H. Claine
Kimberly L. Claine
409 Chapman Street
Greenfield, MA 01301

                                              /s/Eric D Kornblum
                                              Eric D. Kornblum, Esq.